**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In Re: Heartland Payment Systems, Inc. Customer Data Security Breach Litigation | § § § § § § § § § § | MDL No. H-09-2046 |
| This filing relates to: | | |
| FINANCIAL INSTITUTION TRACK LITIGATION | | |

**FINAL JUDGMENT**

In accordance with the court's Order Pursuant to FED. R. CIV. P. 54(b) of today's date, all actions listed in Exhibit 1 hereto are dismissed with prejudice. All claims in the actions listed in Exhibit 2 hereto—with the exception of claims of Gulf Winds Federal Credit Union, MidFlorida Credit Union, and PBC Credit Union under the Florida Unfair and Deceptive Trade Practices Act as set forth in Counts VIII and X of the Amended Complaint, (Docket Entry No. 32)—are dismissed with prejudice.

This is a final judgment.

SIGNED on August 16, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

## **EXHIBIT 1**

| |
|---|
| 4:09-cv-00825 First Bankers Trust Company, National Association v. Heartland Payment Systems, Inc. |
| 4:09-cv-01201 Community West Credit Union v. Heartland Payment Systems, Inc. |
| 4:09-cv-01203 The Eden State Bank v Heartland Payment Systems |
| 4:09-cv-01284 Heritage Trust Federal Credit Union v. Heartland Payment Systems, Inc. |
| 4:09-cv-01330 Pennsylvania State Employees Credit Union v. Heartland Payment Systems, Inc. |
| 4:09-cv-01987 Lone Star National Bank, N.A. v. Heartland Payment Systems, Inc. |
| 4:09-cv-02021 Lone Summit Bank v. Heartland Payment Systems, Inc. |
| 4:09-cv-02023 Tricentury Bank v. Heartland Payment Systems, Inc. |
| 4:10-cv-00919 Putnam Bank v. Heartland Payment Systems Inc |
| 4:10-cv-01498 Omniamerican Bank v. Heartland Payment Systems Inc. |
| 4:10-cv-01499 Quad City Bank and Trust Bank v. Heartland Payment Systems Inc. |
| 4:10-cv-01616 Napus Federal Credit Union v. Heartland Payment Systems, Inc |

## **EXHIBIT 2**

| |
|---|
| 4:09-cv-02026 Amalgamated Bank et al v. Heartland Payment Systems, Inc. |
| 4:09-cv-02105 PBC Credit Union et al v. Heartland Payment Systems, Inc. |